IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE CO., 580 & 530 SWEDESFORD ASSOCIATES, LP & KEYSTONE PROPERTY GROUP, GP, LLC,**     Plaintiffs,<br><br>v.<br><br>**ZURICH AMERICAN INSURANCE CO.,**     Defendant. | CIVIL ACTION<br><br>NO. 10-cv-4293 |

## ORDER

**AND NOW**, this 19th day of July 2011, it is hereby **ORDERED** that Plaintiff's Motion for Partial Summary Judgment [doc. no. 12] is **DENIED**. Defendant's Motion for Summary Judgment on all counts of Plaintiff's complaint [doc. no. 11] is **GRANTED.** The Clerk of Court is directed to mark this case as **CLOSED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**HON. CYNTHIA M. RUFE**